IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GUANTÁNAMO BAY | ) | |
| DETAINEE LITIGATION | ) | |
| | ) | |
| | ) | |
| AL QOSI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:04-cv-01937 (PLF) |
| | ) | |
| BARACK H. OBAMA, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

[PROPOSED] ORDER GRANTING
PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE THE TRAVERSE

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including July 17, 2009 in which file the traverse.

SIGNED AND ENTERED this 26th day of May , 2009.

_____
United States District Judge